THE HONORABLE MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

PATRICIA NILSEN, et al.,

                    Plaintiffs,

     v.

UNIVERSITY OF WASHINGTON
MEDICAL CENTER, et al.,

                    Defendants.

**CASE NO. 2:23-cv-01498-MJP**

**PLAINTIFFS' MOTION AND
[PROPOSED] ORDER FOR LEAVE
TO AMEND PLEADINGS**

NOTE ON MOTION CALENDAR:
April 5, 2024

Plaintiffs Patricia Nilsen, *et al.*, hereby submit this Motion for Leave to File an Amended Complaint. A proposed Amended Complaint with redline additions is attached to this Motion.

The Court has set a deadline of March 21, 2024, to file a Motion to Amend.

The purpose for this Amended Complaint is to substitute UWMedicine as Defendant in place of the current Defendant, University of Washington Medical Center (UWMC). UWMedicine is the umbrella agency of Plaintiffs' individual employers, including University of Washington (UW), UWMC, and Harborview Medical Center (HMC). HMC is owned and operated by UWMedicine. There are five named Plaintiffs who were employed by HMC and one Plaintiff who was employed by UW. An additional single Plaintiff, Avery Snyder, worked in the UW laboratories but was employed by the Applied Physics Lab (APL). This latter Plaintiff was

PLAINTIFFS' MOTION AND ORDER FOR          1          **ARNOLD JACOBOWITZ & ALVARADO PLLC**
LEAVE TO AMEND PLEADINGS                                        8201 164th Avenue NE, Suite 200
(CASE NO. 2:23-cv-01498-MJP)                                        Redmond, WA 98052
                                                                                              (206) 799-4221

terminated due to the policies of UW, not APL. The remainder of the Plaintiffs were employed by UWMC.

Counsel for Defendant, at the recent scheduling conference before Your Honor on February 20, 2024, agreed that UWMedicine is the umbrella agency to all employers named in this lawsuit, other than Plaintiff Avery, but he objected to the substitution of UWMedicine for UWMC.

Additionally, minor changes have been made to the Complaint with respect to punctuation. And Plaintiffs have added two counts, one for Retaliation and one for Hostile Work Environment/Harassment, both under WLAD, Wash. Rev. Code § 49.60. Plaintiffs also deleted the state constitutional claims where an augmentative state right did not exist, and added a single Plaintiff to the group, who did not have an expired tort claim when the original Complaint was filed.

Plaintiffs have recently conferred with opposing counsel, Mr. O'Connell, who objected to Plaintiffs' filing this Amended Complaint with respect to the substitution of UW for UWMC. Counsel for Plaintiff first notified counsel for Defendants on February 5, 2024, of their intention to file an Amended Complaint and the reasons therefore, asking if Defendants would stipulate to such motion, as the case was in its very early stages and no schedule had even been issued in the case at that time. Decl. of Nathan J. Arnold Supp. Pls.' Mot. Leave to Amend Compl. (Arnold Decl.) Ex. A. Counsel for Defendants thereafter sent two emails to this office regarding Joint Status Report issues but did not address the Amended Complaint. Arnold Decl. Exs. B and C. This office reiterated its desire to file an Amended Complaint and reminded counsel of the outstanding request. *Id.* This office sent an additional request for stipulation on February 6, 2024, offering to send a Stipulated Motion and Amended Complaint redline for review. *Id.* Ex D.

PLAINTIFFS' MOTION AND ORDER FOR    2    **ARNOLD JACOBOWITZ & ALVARADO PLLC**
LEAVE TO AMEND PLEADINGS    8201 164th Avenue NE, Suite 200
(CASE NO. 2:23-cv-01498-MJP)    Redmond, WA 98052
(206) 799-4221

Counsel for Defendants responded by requesting a copy of the Amended Complaint redline, without Stipulated Motion, *Id.* Ex. E, which counsel for Plaintiffs provided that same day. *Id.* Ex. F. With no response forthcoming from Defendants, this office sent a follow-up to counsel for Defendants on February 12, 2024, regarding the request for stipulation. *Id.* Ex. G. Defendants acknowledged counsel for Plaintiffs' query and asked for a meet and confer. Parties held this meet and confer but did not resolve this issue.

Parties recently attempted to meet and confer to resolve their differences with the hope of reaching an agreement and to file a Stipulated Motion for Leave to Amend. Parties were not able to meet and confer due to scheduling conflicts.

Plaintiffs filed their Complaint on September 26, 2023.  Defendants filed a Motion to Strike Complaint on October 20, 2023, with Plaintiffs filing a Response to Defendants' Motion to Strike Complaint on November 13, 2023. Defendants filed a Reply to its Motion to Strike on November 16, 2023. The Court issued an order Denying Defendants' Motion to Strike and Ordering Defendants to Answer Complaint within 21 days of the Order. Defendants filed their Answer to Complaint on January 11, 2024. The Parties held a 26(f) conference on January 22, 2024. Initial Disclosures were exchanged by the January 29, 2024, deadline, and the Joint Status Report and Discovery Plan as required by FRCP 26(f) and LCR 26 was filed on February 5, 2024. As discussed *supra,* undersigned counsel for Plaintiffs made the first request for a Stipulated Motion on February 5, 2024, but Plaintiffs were unable to obtain agreement with counsel for Defendants.

There has been no significant action taken in this case other than a 26(f) conference and exchange of Initial Disclosures.

PLAINTIFFS' MOTION AND ORDER FOR
LEAVE TO AMEND PLEADINGS
(CASE NO. 2:23-cv-01498-MJP)

3

**ARNOLD JACOBOWITZ & ALVARADO PLLC**
8201 164th Avenue NE, Suite 200
Redmond, WA 98052
(206) 799-4221

Rule 15 advises the court that "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "Policy of freely granting leave to amend a pleading is to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.,* 316 F.3d 1048, 1051 (9th Cir. 2003). "In the absence of apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc., – the leave sought to amend should, as the rules require, be 'freely given.'" *Eminence Capital,* 316 F.3d at 1052 (quoting *Foman v. Davis,* 371 U.S. 178, 182, 83 S. Ct. 227 (1962)); *see also Allen v. City of Beverly Hills,* 911 F.2d 367, 373 (9th Cir. 1990) (citing Foman factors, as well as "previous amendment"); *Hurn v. Re. Fund Trust of the Plumbing, Heating & Piping Indus. of S. Cal.,* 648 F.2d 1252, 1254 (9th Cir. 1981).

None of these issues are present in this action. The substitution of UWMedicine for UWMC as the umbrella agency is the appropriate Defendant in this case and the substitution provides no prejudice to Defendant. Additionally, the addition of a single Plaintiff, Crystal Gibson, a Registered Nurse employed by HMC, presents the same issues and legal theories presented by all Plaintiffs in this case. Counsel for Plaintiffs can provide Ms. Gibson's Initial Disclosure submission on an expedited basis.

"Not all factors merit equal weight…it is the consideration of prejudice to the opposing party that carries the greatest weight, *id.*at 1052 (citing *DCD Programs, Ltd. v. Leighton,* 833 F.2d 183, 185 (9th Cir. 1987)). "Prejudice is the 'touchstone of the inquiry under rule 15(a)." *Id.* (citing *Lone Star Ladies Inv. Club. v. Schlotzsky's Inc.,* 238 F.3d 363, 368 (5th Cir. 2001)); *Howey v. United States,* 481 F.2d 1187, 1190 (9th Cir. 1973) (stating that "the crucial factor is the

PLAINTIFFS' MOTION AND ORDER FOR          4          **ARNOLD JACOBOWITZ & ALVARADO PLLC**
LEAVE TO AMEND PLEADINGS                              8201 164th Avenue NE, Suite 200
(CASE NO. 2:23-cv-01498-MJP)                              Redmond, WA 98052
                                                                      (206) 799-4221

resulting prejudice to the opposing party"); *cf. DCD Programs,* 833 F.2d at 186-87 (noting that party opposing amendment "bears the burden of showing prejudice").

In the instant action, there have been no prior amendments or failures to cure deficiencies, no undue delay or bad faith, and no prejudice to the Defendants if leave were granted. As stated, there has been no activity in this matter to date other than a 26(f) conference, which would not be impacted by the granting of this Motion. This Amended Complaint likewise addresses this Court's Order of March 12, 2024, in which Parties must file dispositive motions *on issues common to all Plaintiffs* by June 20, 2024. As Plaintiffs each worked for one of two employers under the umbrella of UWMedicine, it is appropriate to substitute UWMedicine for the current named Defendant, UWMC.

For the reasons discussed above, absent any prejudice on the part of Defendants, Plaintiff's motion should be granted. A proposed Amended Complaint, with Exhibits A-AP incorporated here by reference, is attached.

Dated this 21st day of March 2024.

ARNOLD JACOBOWITZ & ALVARADO PLLC

*s/ Nathan J. Arnold*
Nathan J. Arnold WSBA No. 45356
8201 164th Ave. NE, Ste. 200
Redmond, WA 98052
(206) 799-4221
Nathan@ajalawyers.com
*Counsel for Plaintiffs*

"I certify that this memorandum contains 1,234 words, in compliance with the Local Civil Rules."

PLAINTIFFS' MOTION AND ORDER FOR
LEAVE TO AMEND PLEADINGS
(CASE NO. 2:23-cv-01498-MJP)

5

ARNOLD JACOBOWITZ & ALVARADO PLLC
8201 164th Avenue NE, Suite 200
Redmond, WA 98052
(206) 799-4221

**ORDER**

The Court hereby GRANTS Plaintiffs' Motion for Leave to Amend Pleadings. Plaintiffs should file a clean version of the First Amended Complaint within 14 days of this Order, pursuant to LCR 15.

DATED this _____ day of _____ 2024.


_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE


Presented by:

*s/ Nathan J. Arnold*
Nathan J. Arnold, WSBA No. 45356
8201 164th Ave. NE, Ste. 200
Redmond, WA 98052
(206) 799-4221
Nathan@ajalawyers.com
*Counsel for Plaintiffs*

PLAINTIFFS' MOTION AND ORDER FOR          6          **ARNOLD JACOBOWITZ & ALVARADO PLLC**
LEAVE TO AMEND PLEADINGS                                          8201 164th Avenue NE, Suite 200
(CASE NO. 2:23-cv-01498-MJP)                                          Redmond, WA 98052
                                                                                              (206) 799-4221

## CERTIFICATE OF SERVICE

I hereby certify that on March 21st, 2024, I electronically filed the foregoing document with the clerk of the court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF.

DATED this 21st day of March 2024, at Redmond, Washington.

*s/ Nathan J. Arnold*
NATHAN J. ARNOLD, WSBA #45356

PLAINTIFFS' MOTION AND ORDER FOR          7          **ARNOLD JACOBOWITZ & ALVARADO PLLC**
LEAVE TO AMEND PLEADINGS                              8201 164th Avenue NE, Suite 200
(CASE NO. 2:23-cv-01498-MJP)                          Redmond, WA 98052
                                                     (206) 799-4221