UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA NILSEN, et al., | CASE NO. C23-1498 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON MEDICAL CENTER, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiffs' Motion to Amend and all related briefing, including Defendants' Surreply. (Dkt. Nos. 22, 24, 27, 30.) In the interest of judicial economy and to give Defendants an opportunity to respond substantively to Plaintiffs' proposed amendment to name University of Washington as a defendant, the Court GRANTS Defendants leave to file a substantive response to Plaintiffs' proposed addition of the University of Washington as a defendant. Defendants must file the opposition brief of no more 2,000 words by the close of

business on May 10, 2024. No response from Plaintiffs to Defendants' brief shall be filed unless the Court otherwise orders.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 3, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2