HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA NILSEN, an individual, ANNA SANDI, an individual, AVERY SNYDER, an individual, CARRIE FORD, an individual, CHRISTEN RHODES, an individual, CRYSTAL GIBSON, an individual, DIANE JANSEN, an individual, ERIN BOLAS, an individual, GLENA FELKER, an individual, GLORIA TORRES, an individual, JESSICA LOPEZ, an individual, JOVY LEGASPI, an individual, KATHLEEN POKORNY, an individual, KATHERINE GALANGA, an individual, KRISTI HUGHES, an individual, LYNNETTE MATHIAS, an individual, MAILE SIVAKANTHAN, an individual, MELISSA EARL-PATOPEA, an individual, MICHELLE SIZER, an individual, PETRA BIGEA, an individual, SHANNON SLISH, an individual, SUSAN GROLLER, an individual,

Plaintiffs,

v.

UNIVERSITY OF WASHINGTON, a governmental agency, JENNIFER PETRITZ, an individual, KRISTI ARAVENA, an individual, KATHY SCHELL, an individual,

Defendants.

Case No. 2:23-cv-01498-MJP

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

NOTE ON MOTION CALENDAR:
JULY 18, 2024

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
(No. 2:23-cv-01498) - 1

123923904.1 0015714-00043

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

THIS MATTER came before the Court on Defendant University of Washington, *et al.* ("Defendants") and Plaintiff Patricia Nilsen, *et al.* ("Plaintiffs") Stipulated Motion for Extension of Time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED THAT the motion is GRANTED, and the deadline for the parties to file dispositive motions on issues common to all Plaintiffs is extended until August 12, 2024.

SO ORDERED this 23rd day of July, 2024

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

STOEL RIVES LLP


*s/ Jacqueline Middleton*
Timothy J. O'Connell, WSBA No. 15372
tim.oconnell@stoel.com
Jacqueline Middleton, WSBA No. 52636
jacqueline.middleton@stoel.com
Devon Blevins, WSBA 56728
Devon.blevins@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Defendants*


///

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
(No. 2:23-cv-01498) - 2

1
2  //
   Approved as to form;
3  Notice of presentation waived by:

4  *s/ Nathan J. Arnold (per email authorization)*
   Nathan J. Arnold
5  8201 164th Avenue NE, Suite 200
   Redmond, WA 98052
6  nathan@ajalawyers.com
   nathan@CAJlawyers.com
7
   *Attorneys for Plaintiff*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
(No. 2:23-cv-01498) - 3