HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NILSEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON, et al., <br><br> Defendants. | NO. 2:23-cv-01498-MJP <br><br> [PROPOSED] ORDER GRANTING PARTIES' STIPULATED MOTION TO STRIKE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT <br><br> NOTE ON MOTION CALENDAR: July 25, 2024 |

THIS MATTER, having come before the Court on Parties' Stipulated Motion Strike Plaintiffs' Motion for Partial Summary Judgment, and the Court having reviewed the foregoing Motion, and being familiar with the records and files herein, the Court orders the following:

Plaintiffs' Motion for Partial Summary Judgment, ECF No. 43, along with supporting documents, ECF Nos. 44-48, is hereby stricken without prejudice. Plaintiffs should re-file their Motion for Partial Summary Judgment by August 12, 2024.

\\

\\

\\

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO STRIKE
(Case No. 2:23-cv-01498-MJP)

1

ARNOLD JACOBOWITZ & ALVARADO PLLC
8201 164th Ave. NE, Suite 200
Redmond, WA  98052
(206) 799-4221

DATED this 30th day of July, 2024.

*[signature]*
THE HONORABLE MARSHA J. PECHMAN

Presented by:
ARNOLD JACOBOWITZ & ALVARADO PLLC

*s/ Nathan J. Arnold*
Nathan J. Arnold, WSBA No. 45356
Attorney for Plaintiffs
8201 164th Avenue NE, Suite 200
Redmond, WA 98052
(206) 799-4221

STOEL RIVES LLP

*s/ Timothy J. O'Connell*
Timothy J. O'Connell, WSBA No. 15372
Tim.oconnell@stoel.com
Jacqueline Middleton, WSBA No. 52636
Jacqueline.middleton@stoel.com
Devon Blevins, WSBA No. 56728
Devon.blevins@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO STRIKE
(Case No. 2:23-cv-01498-MJP)

2

ARNOLD JACOBOWITZ & ALVARADO PLLC
8201 164th Ave. NE, Suite 200
Redmond, WA  98052
(206) 799-4221