HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PATRICIA NILSEN, an individual, ANNA SANDI, an individual, AVERY SNYDER, an individual, CARRIE FORD, an individual, CHRISTEN RHODES, an individual, CRYSTAL GIBSON, an individual, DIANE JANSEN, an individual, ERIN BOLAS, an individual, GLENA FELKER, an individual, GLORIA TORRES, an individual, JESSICA LOPEZ, an individual, JOVY LEGASPI, an individual, KATHLEEN POKORNY, an individual, KATHERINE GALANGA, an individual, KRISTI HUGHES, an individual, LYNNETTE MATHIAS, an individual, MAILE SIVAKANTHAN, an individual, MELISSA EARL-PATOPEA, an individual, MICHELLE SIZER, an individual, PETRA BIGEA, an individual, SHANNON SLISH, an individual, SUSAN GROLLER, an individual,

Plaintiffs,

v.

UNIVERSITY OF WASHINGTON, a governmental agency, JENNIFER PETRITZ, an individual, KRISTI ARAVENA, an individual, KATHY SCHELL, an individual,

Defendants.

Case No. 2:23-cv-01498

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS PLAINTIFF GLENA FELKER

NOTED ON MOTION CALENDAR: AUGUST 2, 2024

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS PLAINTIFF GLENA FELKER (No. 2:23-cv-01498) - 1

1      The above-captioned matter came before the undersigned United States District Court

2  Judge on the Stipulated Motion to Dismiss Plaintiff Glena Felker.

3      Based on the materials presented, and being fully advised on the premises, the Court

4  hereby **GRANTS** the Stipulated Motion to Dismiss Plaintiff Glena Felker.  Pursuant to Fed. R.

5  Civ. P. 41(a)(1)(A)(ii), all claims in this matter are **DISMISSED** with prejudice as to Plaintiff

6  Glena Felker ("Plaintiff").  Defendants the University of Washington, Jennifer Petritz, Kristi

7  Aravena, and Kathy Schell and Plaintiff shall bear their own costs and attorneys' fees with

8  respect to Plaintiff's action.

9      **IT IS SO ORDERED.**

10     Dated August 5, 2024.

12

13     _____

14     Marsha J. Pechman
       United States Senior District Judge

16  Presented by:

17  STOEL RIVES LLP

18  _s/ Timothy J. O'Connell_
    Timothy J. O'Connell, WSBA 15372
19  tim.oconnell@stoel.com
    Jacqueline Middleton, WSBA 52636
20  jacqueline.middleton@stoel.com
    Devon Blevins, WSBA No.56728
21  devon.blevins@stoel.com
    600 University Street, Suite 3600
22  Seattle, WA  98101
    Telephone:  206.624.0900
23  Facsimile:  206.386.7500

24  _Attorneys for Defendants_

25

26

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS PLAINTIFF
GLENA FELKER (No. 2:23-cv-01498) - 2

1    ARNOLD JACOBOWITZ & ALVARADO, PLLC

2
     *s/ Nathan J. Arnold per email authorization*
3    Nathan J. Arnold, WSBA 45356
     nathan@CAJLawyers.com
4    8201 164th Avenue NE, Suite 200
     Redmond, WA 98052
5    Telephone: 206.799.4221

6
     *Attorneys for Plaintiffs*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS PLAINTIFF
GLENA FELKER (No. 2:23-cv-01498) - 3